# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE DAVID M. EBEL

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam | Date:  December 9, 2009 |
| Court Reporter: Paul Zuckerman | |
| Probation Officer: Elizabeth Oppenheimer | |
| Interpreter: Adriana Weisz | |

Criminal Action No.: 09-cr-00308-DME-1

*Parties:*                                                                    *Counsel:*

UNITED STATES OF AMERICA,                          Kurt J. Bohn

    Plaintiff,

v.

JAVIER ZUNIGA-ACOSTA,                                  Kathryn J. Stimson

    Defendant.

## SENTENCING MINUTES

**1:31 p.m.     Court in session.**

Court calls case.  Appearances of counsel.  Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing: September 15, 2009**.

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

Defendant sworn and answers questions asked by the Court.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

*09-cr-00308-DME*
*Sentencing*
*December 9, 2009*

**ORDERED:**   Motion For Variant Sentence Pursuant To 18 U.S.C. § 3553(a) [ Filed 11/23/09; Doc. No. 17] is DENIED.

**ORDERED:**   Government's Motion To Grant The Defendant An Additional One-Level Decrease Pursuant To U.S.S.G. § 3E1.1(b) [Filed 9/23/09; Doc. No. 16] is GRANTED.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count One to a term of imprisonment of **30 months.**

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **2 years**.

**Conditions of supervised release:**
- (X)   If not deported, within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X)   Defendant shall not commit another federal, state or local crime.
- (X)   Defendant shall not possess a firearm or destructive device.
- (X)   Defendant shall comply with the standard conditions adopted by the Court.
- (X)   Defendant shall not illegally possess controlled substances.
- (X)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X)   Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release:**

- (X)   Defendant, if deported, shall not return to the United States illegally.  If the defendant re-enters the United States legally, defendant shall report to the nearest United States Probation Office within 72 hours of his return.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

*09-cr-00308-DME*
*Sentencing*
*December 9, 2009*

Defendant is advised of the right to appeal.

**ORDERED:**  A complete copy of the presentence report shall be prepared by the Probation Officer for the Bureau of Prisons and United States Sentencing Commission.

**ORDERED**:  Any other copies of the presentence report and addendum shall remain confidential according to the practice of the Court.  Counsel on appeal shall be allowed access if an appeal is taken.

**The Court will recommend that the Bureau of Prisons give the defendant appropriate medical and vision care.**

**ORDERED:**  Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**2:11 p.m.     Court in recess.**
Hearing concluded.
Total in-court time: 40 minutes